IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN THRO,

        Plaintiff,                        No. CIV S-09-1165 EFB

     vs.

MICHAEL J. ASTRUE,                ORDER TO SHOW CAUSE
Commissioner of Social Security,

        Defendant.
_____/

       Plaintiff filed a motion to proceed in this action *in forma pauperis* on April 27, 2009, and a complaint on April 29, 2009. Dckt. Nos. 1, 2. On May 4, 2009, this court granted plaintiff's motion to proceed *in forma pauperis* and issued a scheduling order setting forth, *inter alia*, a deadline by which defendant was required to file the administrative transcript and an answer or other response to plaintiff's complaint, and a deadline by which plaintiff was required to file a motion for summary judgment and/or remand (within forty-five days after being served with the administrative record). Dckt. Nos. 3, 4. The scheduling order further provided that "[f]ailure to comply with any portion of this schedule may result in sanctions, including striking a motion from calendar, or striking the complaint or answer." Dckt. No. 4 at 3. On August 31, 2009, defendant filed the administrative transcript and an answer to plaintiff's complaint, making plaintiff's motion for summary judgment and/or remand due on or before October 15, 2009.

1

Dckt. Nos. 10, 11.

The court's docket reveals that plaintiff has not filed a motion for summary judgment and/or remand, and has not otherwise communicated with the court since May 2009. Accordingly, plaintiff is ordered to show cause in writing on or before March 19, 2010, why this case should not be dismissed for lack of prosecution and why plaintiff and/or plaintiff's counsel should not be monetarily sanctioned for failure to comply with court orders. *See* L.R. 110 (providing that failure to comply with the Local Rules or a court order "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."). Plaintiff shall also file a motion for summary judgment and/or remand on or before March 19, 2010.[1]

Failure to timely file the required writings may result in dismissal and the imposition of monetary sanctions. *See* Fed. R. Civ. P. 41(b). If plaintiff and/or plaintiff's counsel wishes to be heard on the sanctions issue, they shall so indicate in the written response to this order to show cause.

SO ORDERED.

DATED: February 18, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Given the length of time since defendant's answer and the administrative transcript were filed, the court is not inclined to grant an extension of this deadline absent a showing of substantial cause.

2