IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN THRO,

    Plaintiff,                       No. CIV S-09-1165 EFB

    vs.

MICHAEL J. ASTRUE,               ORDER
Commissioner of Social Security,

    Defendant.
_____/

    On February 18, 2010, this court ordered plaintiff to show cause why this case should not be dismissed and why plaintiff and/or plaintiff's counsel should not be sanctioned as a result of plaintiff's failure to timely file a motion for summary judgment and/or remand. Dckt. No. 14. On March 19, 2010, plaintiff filed a response to the order to show cause, indicating that the failure was inadvertent and negligent, requesting leave to file a late summary judgment motion, and stating that opposing counsel did not oppose the late filing. Dckt. No. 15. Also, on March 21, 2010, plaintiff filed a motion for summary judgment. Dckt. No. 16. In light of plaintiff's filings, the request for leave to file a late summary judgment motion is granted and the February 18, 2010 order to show cause is discharged.

    SO ORDERED.

DATED: March 23, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE